JOHN H. WOOD *vs.* JOHN BUXTON.

One who employs a workman to do work for him under a contract that the work is not to be paid for until it is returned to and accepted by him, cannot be held as trustee for the workman, although the work is completed at the time of the service of the trustee process, if it has not then been returned and accepted.

TRUSTEE PROCESS. Harrison B. Fay and Ebenezer C. Linnell, who were summoned as trustees, denied that they had any goods, effects or credits belonging to the defendant, and, in answer to interrogatories filed by the plaintiff, stated that the defendant was employed by them as a boot bottomer, and took out work; that by the terms of their contract with him they were not to pay for the work until it was returned to their shop and accepted by them; that a short time after the service of the writ the defendant returned work to the shop, and they accepted it and paid him therefor; and that the work was completed before the service of the writ. The trustees were discharged in the superior court, and the plaintiff appealed.

*C. A. Holbrook*, for the plaintiff.

*F. T. Blackmer*, for the trustees.

CHAPMAN, C. J. The condition that the trustees were not to be liable to pay for the work until the same was returned to their shop, and accepted by them, was material. Until it was returned in a proper condition, it could not be known that they would ever become liable to pay anything for it.          *Trustees discharged.*